```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 20905
   MICHAEL TODD
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2745

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/28/2004 and was confirmed 08/31/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.09% from remaining funds.

     The case was paid in full 11/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
CITY OF CHICAGO PARKING   UNSECURED         12542.85              .00         1516.43
ILLINOIS DEPT OD REVENUE  NOTICE ONLY       NOT FILED             .00             .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY       NOT FILED             .00             .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY       NOT FILED             .00             .00
ST FRANCIS HOSPITAL       UNSECURED         NOT FILED             .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED         NOT FILED             .00             .00
TRIAD FINANCIAL           UNSECURED OTH      7494.57              .00          906.17
INTERNAL REVENUE SERVICE  PRIORITY            841.16              .00          841.16
INTERNAL REVENUE SERVICE  FILED LATE          841.16              .00             .00
LEDFORD & WU              DEBTOR ATTY        2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                              336.24
DEBTOR REFUND             REFUND                                               206.55

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             6,506.55

PRIORITY                                      841.16
SECURED                                          .00
UNSECURED                                   2,422.60
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                          336.24
DEBTOR REFUND                                 206.55
                    --------------         --------------
TOTALS              6,506.55                6,506.55




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 20905 MICHAEL TODD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 05/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                                                            PAGE   2
        CASE NO. 04 B 20905 MICHAEL TODD